■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENYAL REAPE, Appellant. [665 NYS2d 861] —Judgment, Supreme Court, New York County (Felice Shea, J.), rendered April 21, 1995, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of 2¹/₂ to 7¹/₂ years, unanimously affirmed.

Defendant was properly denied youthful offender treatment. Under the facts presented, he did not fall within the exceptions listed in CPL 720.10 (3). The court properly exercised its discretion. Concur—Milonas, J. P., Rubin, Tom, Mazzarelli and Colabella, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC A. STEVENS, Appellant. [665 NYS2d 860] —Judgment, Supreme Court, Bronx County (Eugene Oliver, J.), rendered July 11, 1995, convicting defendant, after a jury trial, of manslaughter in the first degree, and sentencing him to a term of 8¹/₃ to 25 years, unanimously affirmed.

On the facts of this case, defendant was not entitled to a justification charge. However, the court gave the charge and its erroneous instruction to the jury concerning the duty to retreat does not warrant reversal. There is no reasonable possibility that the jury would have accepted defendant's justification defense but for the erroneous charge (*see, People v Cox*, 203 AD2d 7, *lv denied* 83 NY2d 1003). Defendant's own recitation of the facts showed that a threat of deadly physical force was not imminent and further indicates he was the initial and only aggressor. Concur—Milonas, J. P., Rubin, Tom, Mazzarelli and Colabella, JJ.